UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

_____
                                              :
IN RE:  MI WINDOWS AND DOORS, INC.            MDL NO. 2333
PRODUCTS LIABILITY LITIGATION                 2:12-MN-00001-DCN
                                              ALL CASES

_____ :

### PLAINTIFFS' PROPOSED PRETRIAL CONFERENCE AGENDA

Plaintiffs' counsel for the *Johnson*[1], transferred, and conditionally transferred cases

hereby propose the following matters for discussion at the July 12, 2012 Pretrial Conference:

I.    STATUS OF MDL TRANSFER OF ACTIONS
    a.  List of All Known Actions
    b.  Transfer of All Actions
    c.  Status of Conditional Transfers
    d.  ECF Status
    e.  Pro hac vice motions/waiver of local counsel

II.   APPOINTMENT OF LEAD/LIAISON COUNSEL AND PLAINTIFFS'
      STEERING COMMITTEE

III.  PLEADINGS
    a.  Status of Pending Complaints – relief from Answering
    b.  Date for filing Consolidated Amended Complaint by transferred Plaintiffs
    c.  Date for Defendant to Answer or otherwise respond to the Consolidated
      Amended Complaint

IV.   DUAL TRACK PROCEEDING:
    a.  Lead Case: *Johnson*
    b.  Remaining MDL cases

V.    EARLY SETTLEMENT/CLAIMS RESOLUTION PROCESS

VI.   DISCOVERY ORDERS
    a.  Stipulation Regarding the Production of Electronically Stored Information
      (ESI)

---

[1] *Nadine Johnson, et al. v. MI Windows and Doors, Inc.*, Case No. 2:11-cv-00167-DCN (U.S.D.C., Charleston Division).

      b.  Preservation Order
      c.  Confidentiality Orders
            a.  Use of *Johnson* Order and future application
      d.  Status of Discovery to Date
            a.  *Johnson* Discovery Due
            b.  Defendant's 30(b)(6) Deposition (*Johnson* Notice and Areas of Inquiry)
      e.  Expedited Discovery Schedule
      f.  Other
            a.  Document depository
            b.  Bate labeling

**VII.   MDL PROCEDURAL MATTERS**
      a.  Direct Filing of Additional Actions
      b.  Tolling

**VIII.  PROTOCOL FOR TESTING AND PRESERVATION OF EVIDENCE**

**IX.   DEPOSITION AND DISCOVERY PROTOCOLS**

**X.    STATUS OF DIRECTIVE IN CASE MANAGEMENT ORDER #1**
      a.  Consideration of Plaintiffs' Proposed CMO[2] No. 2
      b.  Service List
      c.  Statement of Affiliates
      d.  Scheduling of Monthly Status Conferences

**XI.   CLASS CERTIFICATION**
      a.  Timing
      b.  Experts/*Daubert*

**XII.  LIST OF ALL PENDING MOTIONS**

**XIII. OTHER MATTERS**
      a.  Plaintiffs' proposed treatment of *Johnson* severed claims
      b.  Management of future third-party claims
      c.  Management of claims brought by parties other than homeowners

This Proposed Pretrial Conference Agenda is submitted with the consent of Plaintiffs' counsel for the *Johnson* case, all cases transferred by the Judicial Panel on Multidistrict Litigation in its April 23, 2012 Order, and conditionally transferred cases.

---

[2] To be circulated to Defendant on or before July 21, 2012.

Respectfully submitted,

JUSTIN O'TOOLE LUCEY, P.A.

By:    s/Justin Lucey
       Justin Lucey (Fed. ID No. 5613)
       Harper L. Todd (Fed. ID No. 10841)
       415 Mill Street
       Post Office Box 806
       Mount Pleasant, SC 29465-0806
       (843) 849-8400 phone
       (843) 849-8406 facsimile

       *Attorneys for Plaintiff Nadine Johnson*

June 7, 2012
Charleston, South Carolina