# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: MI WINDOWS AND DOORS, INC. ) <br> PRODUCT LIABILITY LITIGATION ) <br> ) | CASE NO.: 2:12-MN-00001-DCN <br> MDL Docket No. 2333 <br> ALL CASES |

### MI WINDOWS AND DOORS, INC.'S NOTICE OF DESIGNATION OF
### LEAD AND LIAISON COUNSEL

MI Windows and Doors, Inc. ("MIWD") hereby submits its designations of lead and liaison counsel for Multidistrict Litigation Number 2333 consolidated in the United States District Court for the District of South Carolina. On July 16, 2012 Harper Todd of Justin O'Toole Lucey, P.A. submitted a joint Case Management Order agreed to by all parties in the above referenced action. The proposed order indicates MIWD would select lead and liaison counsel within twenty (20) days of the entered order.

    A.    **Lead Counsel**

        Carol C. Lumpkin
        K&L Gates
        Southeast Financial Center
        200 South Biscayne Boulevard
        Suite 3900
        Miami, FL 33131
        Direct: 305.539.3323
        Fax: 305.358.7095
        carol.lumpkin@klgates.com

    B.    **Liaison Counsel**

        Richard Farrier, Jr.
        K&L Gates LLP
        134 Meeting Street, Suite 200
        Charleston, SC 29401
        Phone: 843.579.5619
        Fax: 843.579.5601
        richard.farrierJr@klgates.com

2

| | |
|---|---|
| Dated: July 25, 2012 | s/ RICHARD A. FARRIER, JR.<br>Richard A. Farrier, Jr.<br>Federal ID# 772<br>E-Mail: richard.farrierjr@klgates.com<br>K&L GATES LLP<br>134 Meeting Street<br>Suite 200<br>Charleston, SC  29401<br>Telephone: 843.579.5600<br>Facsimile: 843.579.5601<br><br>Attorneys for Defendant MI Windows and Doors, Inc. |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of July 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record.

| | |
|---|---|
| Dated: July 25, 2012 | s/ RICHARD A. FARRIER, JR. |
| | Richard A. Farrier, Jr. |
| | Federal ID# 772 |
| | E-Mail: richard.farrierjr@klgates.com |
| | K&L GATES LLP |
| | 134 Meeting Street |
| | Suite 200 |
| | Charleston, SC  29401 |
| | Telephone: 843.579.5600 |
| | Facsimile: 843.579.5601 |
| | |
| | Attorneys for Defendant MI Windows and Doors |