**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| IN RE: MI WINDOWS AND DOORS, INC. | ) | |
| PRODUCT LIABILITY LITIGATION | ) | **MDL Docket No. 2333** |
| | ) | |

**SEPTEMBER 2012 STATUS CONFERENCE
REPORT AND AGENDA**

1. Status of Conditional Transfer Orders/New Case Filings:

    a. On August 3, 2012, the Judicial Panel on Multidistrict Litigation ("JPML") transferred the Michigan, Illinois, and Pennsylvania state class actions[1] to this Court for consolidation with MDL No. 2333, thereby denying Defendant MI Windows and Doors, Inc.'s ("MIWD") Motion to Vacate Conditional Transfer Order. Accordingly, there are now eight (8) Homeowner actions consolidated before this Court, as well as a Contractor action.
    b. On July 30, 2012, the Panel issued a Conditional Transfer Order of *McGaffin, et al. v. MI Windows and Doors, Inc.*, C.A.N. 12-CV-02462 (U.S.D.C. Kansas) to this Court. On August 14, 2012, Defendant filed a Motion to Vacate the Conditional Transfer. Plaintiff filed its Response in Opposition to that Motion on September 4, 2012. A decision by the JPML is expected in October.

2. Case Management Orders: Homeowner Plaintiffs seek enrollment of CMO Nos. 2 (Initial Discovery), 3 (Preservation and Production Protocol), and 4 (Attorney-Client Privilege and Work Product Doctrine) at the September 19, 2012 status conference. These Orders will be submitted prior to the status conference and the parties will be ready to present their support or opposition orally.

3. Scheduling: Homeowner Plaintiffs request that a Scheduling Order and discovery deadlines be addressed.

4. Protocol for Inspection: A protocol for inspection of windows and homes of the Homeowner Plaintiffs should be determined and should include reports of any modifications or remodeling of the homes at issue. Defendant has indicated that it has retained voluminous amounts of window sashes during warranty or field service work that are in its possession. Homeowner Plaintiffs would like to discuss establishing a preservation and/or inspection protocol.

---

[1] *Kennedy v. MI Windows and Doors, Inc.,* Case No. 2:12-cv-01757 in the United States District Court of the Northern District of Illinois; *Walsh v. MI Windows and Doors, Inc*., Case No. 2:12-cv-02238 in the United States District Court of the Eastern District of Pennsylvania; *Deem v. MI Windows and Doors*, *Inc.,* Case No. 2:12-cv-02269 in the United States District Court of the Eastern District of Michigan.

1

5. <u>Scheduling of Next Status Conference</u>.  A Status Conference should be set for the first week of November, in accordance with the six (6) week requirement in CMO No. 1.

As the parties were unable to agree on the form and detail of this report, it is being submitted by Homeowner Plaintiffs with due consideration for comments made by others and the deadline for filing.

Respectfully submitted,

JUSTIN O'TOOLE LUCEY, P.A.

By: s/ Justin Lucey
Justin Lucey (Fed. ID No. 5613)
415 Mill Street
Post Office Box 806
Mount Pleasant, SC 29465-0806
(843) 849-8400 phone
(843) 849-8406 facsimile

Daniel K. Bryson
Whitfield Bryson & Mason LLP
900 W. Morgan Street
Raleigh, NC 27603
Email:  dan@wbmllp.com

Jordan L. Chaikin
Parker Waichman, LLP
3301 Bonita Beach Road, Suite 101
Bonita Springs, FL 34134
Email:  jchaikin@yourlawyer.com

John A. Peca
Climaco, Wilcox, Peca, Tarantino & Garofoli Co., LPA
55 Public, Suite 1950
Cleveland, OH 44113
Email:  JAPECA@climacolaw.com

Natalie Finkelman
Shepherd Finkelman Miller & Shah, LLC
35 E. State Street
Media, PA 19063
Email:  nfinkelman@sfmslaw.com

Richard Arsenault
Neblett, Beard & Arsenault
2220 Bonaventure Court
Alexandria, LA 71301
(800) 256-1050
rarsenault@nbalawfirm.com

Alyson Oliver
Oliver Law Group PC
950 W. University Ste. 200
Rochester, MI 48307
(248) 327-6556
aoliver@oliverlg.com

Edward Eshoo, Jr.
Childress Duffy, Ltd.
500 North Dearborn St.
Chicago, Illinois 60654
(312) 494-0200
eeshoo@childresslawyers.com

Jonathan Shub
Seeger Weiss LLP
1515 Market St
Suite 1380
Philadelphia, PA 19102
jshub@seegerweiss.com