**EXHIBIT SUBMITTED FOR *IN CAMERA* REVIEW ONLY**



PLAINTIFF'S EXHIBIT C