**EXHIBIT SUBMITTED FOR *IN CAMERA* REVIEW ONLY**

