IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT F SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE MI WINDOWS AND DOORS, INC., PRODUCTS LIABILITY LITIGATION | MDL No.: 2333<br>CA. No. 2:12-MN-00001-DCN<br><br>Hon. David C. Norton |

### RESPONSE TO ANONYMOUS OBJECTION (E.C.F. 234)

Homeowner Plaintiffs, through its undersigned counsel, hereby submits the following response to the objection filed by an anonymous individual (E.C.F. 234).

Homeowner Plaintiffs hereby incorporate by reference the arguments made in Defendant MIWD's Response to Anonymous Objection (E.C.F. 250), and reserves the right to provide further arguments in response to these objections in Homeowner Plaintiffs' forthcoming motion and memorandum in support of final approval.

For the reasons stated above, Homeowner Plaintiffs respectfully requests that the Court overrule the objection filed by an anonymous individual (E.C.F. 234).

Dated: May 29, 2015

Respectfully submitted,

/s Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 West Morgan Street
Raleigh, NC 27603
919-600-5002
dan@wbmllp.com

Justin Lucey
JUSTIN O'TOOLE LUCEY, PA
415 Mill Street
Mt. Pleasant, SC 29464
843-849-8400
jlucey@lucey-law.com

Counsel for Homeowner Plaintiffs

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this, the 29th day of May, 2015, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will provide electronic notice of such filing to all counsel of record.

/s Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 West Morgan Street
Raleigh, NC 27603
919-600-5002
dan@wbmllp.com

2