# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE MI WINDOWS AND DOORS, INC., PRODUCTS LIABILITY LITIGATION** | ) MDL No. 2333 )  ) ) Hon. David C. Norton ) ) ) |

## HOMEOWNER PLAINTIFFS' MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Nadine Johnson, David R. Van Such, Craig Hildebrand, Joseph DeBlaker, Mike and Janeen Meifert, Jackie Vargas Borkouski, Kerry Dewitt, Arthur and Susan Ferguson, Gregory and Kristy Kathman, Alex Krueger, Gail Loder, James Lovingood, Thomas Boettinger, John Oriolt, Jamie Reed, Patricia Lane, Larry Taylor, Jacquiline Ward, Manzoor and Sosi Wani, David Deem, John W. McCubbrey and Elizabeth D. McCubbrey, Daniel Kennedy, Charles Bradley, Jennifer and Scott McGaffin, Jessica Zepeda, Stevenson T. Womack (the "Homeowner Plaintiffs" or "Plaintiffs"), by and through Homeowner Counsel, respectfully move this Court for Final Approval of the Class Action Settlement.

For the reasons stated in the accompanying Memorandum of Law in Support, the Motion for Final Approval of Class Action Settlement should be granted.

Dated: June 23, 2015

/s/ Daniel K. Bryson
Daniel K Bryson
WHITFIELD BRYSON & MASON LLP
900 West Morgan Street
Raleigh, NC 27603
919-600-5002
Email: dan@wbmllp.com

        Justin Lucey
        JUSTIN O'TOOLE LUCEY, PA
        415 Mill Street
        Mt. Pleasant, SC 29464
        843-849-8400
        Email:  jlucey@lucey-law.com

        Counsel for Homeowner Plaintiffs

## CERTIFICATE OF SERVICE

      I, Daniel K. Bryson, hereby certify that on June 23, 2105, I filed the foregoing through the Court's CM/ECF system thereby serving all parties and counsel of record via electronic mail.

Dated: June 23, 2015                  /s/ Daniel K. Bryson
                                            Daniel K Bryson
                                            WHITFIELD BRYSON & MASON LLP
                                            900 West Morgan Street
                                            Raleigh, NC 27603
                                            919-600-5002
                                            Email: dan@wbmllp.com