**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| **IN RE MI WINDOWS AND DOORS, INC., PRODUCTS LIABILITY LITIGATION** | ) ) ) ) | MDL No. 2333<br><br>No. 2:12-mn-00001-DCN |

## HOMEOWNER PLAINTIFFS' NOTICE OF FILING

Daniel K. Bryson hereby provides notice of filing Shawn Schneider's Affidavit dated June 29, 2015, attached as Exhibit "A" hereto.

Dated: June 30, 2015

/s/ Daniel K. Bryson
Daniel K Bryson
WHITFIELD BRYSON & MASON LLP
900 West Morgan Street
Raleigh, NC 27603
919-600-5002
Email: dan@wbmllp.com

Justin Lucey
JUSTIN O'TOOLE LUCEY, PA
415 Mill Street
Mt. Pleasant, SC 29464
843-849-8400
Email: jlucey@lucey-law.com

Counsel for Homeowner Plaintiffs

**CERTIFICATE OF SERVICE**

I, Daniel K. Bryson, hereby certify that I filed the foregoing through the Court's CM/ECF system thereby serving all parties and counsel of record via electronic mail.

Dated: June 30, 2015

/s/ Daniel K. Bryson
Daniel K Bryson
WHITFIELD BRYSON & MASON LLP
900 West Morgan Street
Raleigh, NC 27603
919-600-5002
Email: dan@wbmllp.com
