IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: MI WINDOWS AND DOORS INC., PRODUCTS LIABILITY LITIGATION, | C/A No.: 2:12-mn-0001 DCN<br><br>MDL No. 2333<br><br>**ORDER** |

This matter is before the court upon defendant's motion to enforce the final order and judgment. This motion was filed on January 19, 2018. It appears from the record that there has been nothing filed in opposition to this motion, nor has there been any request for extension of time to file a response. It is therefore

**ORDERED,** that motion to enforce the final order and judgment is **GRANTED**. Ron Ward, West Virginia state-court plaintiff, is hereby enjoined from pursing his claims against MIWD based on MIWD's alleged involvement in the installation of MIWD Product and from pursuing any claims for which MIWD could bear any responsibility.

**IT IS FURTHER ORDERED** that West Virginia state-court co-defendant Window Depot is enjoined from proceeding with any cross-claims against MIWD.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

February 8, 2018
Charleston, South Carolina