## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: MI WINDOWS AND DOORS, INC., PRODUCTS LIABILITY LITIGATION, | ) ) ) ) | Case No. 2:12-mn-00001-DCN<br><br>MDL No. 2333 |

### NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES

Gene M. Connell, Jr., attorney for Wedgewood Condominium Association, respectfully requests protection from court appearances for the following dates:

> May 27, 2022
> July 18, 2022 through July 25, 2022
> September 1 and 2, 2022
> September 23, 2022
> September 30, 2022
> October 21, 2022
> November 2, 3 and 4, 2022
> November 11, 2022
> November 18, 2022

for purposes of family vacations.

KELAHER, CONNELL & CONNOR, P.C.

*s/Gene M. Connell, Jr.*
Gene M. Connell, Jr. (Federal Bar No. 236)
The Courtyard, Suite 209
1500 U.S. Highway 17 North
Post Office Drawer 14547
Surfside Beach, South Carolina 29587-4547
(843) 238-5648 (phone)
(843) 238-5050 (facsimile)
gconnell@classactlaw.net

April 25, 2022                **Attorney for Wedgewood Condominium Association**